IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CR. NO. 3:06-60 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Antonio Jenkins, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Petitioner's *pro se* motion for relief pursuant to 28 U.S.C. § 2255. On July 6, 2010, the Government moved to dismiss the motion. Dkt. # 930 (filed July 6, 2010). On August 12, 2010, the Government moved to withdraw the motion and indicated that it did not oppose Defendant's motion for relief. Dkt. # 947 (filed Aug. 12, 2010).

The court **grants** the motion for relief under 28 U.S.C. § 2255. The Judgment Order in CR 3:06-60 December 18, 2006, is hereby **vacated**, and this matter is set for resentencing on **Thursday, September 23, 2010, at 2:00 p.m.** The Federal Public Defender is appointed to represent Defendant for purposes of resentencing.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 13, 2010